STEVEN G. KALAR
Federal Public Defender
TAMARA A. CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant VARGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br><br>MIGUEL ANGEL VARGAS,<br>          Defendant. | No. CR 20- 71039-MAG (VKD)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION PROCEEDINGS<br><br>**Hon. Virginia K. DeMarchi** |

The Parties hereby stipulate and agree, with the Court's approval, that the detention hearing currently set for September 10, 2020 at 10:30 a.m., may be continued to September 17, 2020 at 10:30 a.m., to allow Mr. Vargas to be evaluated for placement at the New Bridge Foundation.

Defendant Miguel Vargas made his initial appearance on a Complaint on August 6, 2020. An initial detention hearing was held on August 13, 2020, and the Court ordered Mr. Vargas to be evaluated for placement at the New Bridge Foundation. Mr. Vargas was scheduled to return to Court on August, 27, 2020 for further detention proceedings. However, the Parties continued these proceedings because Mr. Vargas was in quarantine and unavailable to have an evaluation or to appear in court.

Mr. Vargas has since been released from quarantine, but the New Bridge Foundation has not yet assessed him for treatment. This is scheduled to take place on September 14, 2020.

STIPULATION AND [PROPOSED] ORDER
 CR 20-71039-MAG (VKD)

Accordingly, the parties stipulate and agree that the detention proceedings currently scheduled for September 10, 2020 may be continued to September 17, 2020.

The Parties also stipulate and agree that time shall be waived from September 10 to September 17, 2020, pursuant to Rule 5.1(c) (time for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest). The Parties agree that this waiver of time is necessary for review of discovery by the defense and to discuss possible pre-indictment resolution of the case.

The Parties further stipulate and agree that for the health and safety of all individuals in light of the public health emergency caused by COVID-19, the ends of justice served by excluding the time from September 10, 2020 through September 17, 2020, outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: September 9, 2020

STEVEN G. KALAR
Federal Defender
_____/s/_____
 Tamara Crepet
Assistant Federal Public Defender

Dated: September 9, 2020

DAVID L. ANDERSON
United States Attorney
_____/s/_____
Jeffrey Backhus
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
 CR 20-71039-MAG (VKD)

## [~~PROPOSED~~] **ORDER**

Upon agreement and stipulation of the defendant Miguel Angel Vargas, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant's further detention hearing should be continued to September 17, 2020, at 10:30 a.m., and that that the defendant has waived time for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), specifically, that time be waived from September 10, 2020 to September 17, 2020, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c).

IT IS SO ORDERED.

DATED: September 9, 2020          *Virginia K. DeMarchi*
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 20-71039-MAG (VKD)