GEOFFREY A. HANSEN
Acting Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant VARGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:20-MJ-71039-MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME |
| v. | |
| MIGUEL VARGAS, | **Hon. Donna M. Ryu** |
| Defendant. | |

Defendant Miguel Vargas and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the preliminary hearing set for June 9, 2021 may be continued to July 28, 2021. The reason for the requested continuance is that the government continues to produce discovery, which the defense will need to review. In addition, the parties need additional time to discuss the possibility of a pre-indictment resolution.

The parties additionally stipulate and agree that time shall be waived from June 9, 2021 to July 28, 2021, pursuant to Rule 5.1(c) (time for a preliminary hearing), 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest), and 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv) (time for a speedy trial). The parties agree that this waiver of time is necessary for review of discovery by the defense and to discuss possible pre-indictment resolution of the case.

//

IT IS SO STIPULATED.

Dated: June 8, 2021     GEOFFREY A. HANSEN
            Acting Federal Public Defender
            _____/s/_____
            Tamara Crepet
            Assistant Federal Public Defender


Dated: June 8, 2021     STEPHANIE M. HINDS
            United States Attorney
            _____/s/_____
            Jeffrey Backhus
            Assistant United States Attorney


## <u>ORDER</u>

Upon agreement and stipulation of the defendant Miguel Vargas, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Miguel Vargas's preliminary hearing be continued to July 28, 2021.

It is further ORDERED that the defendant has waived time for purposes of Rule 5.1(c), 18 U.S.C. § 3161(b), and 18 U.S.C. § 3161(h), and specifically, that he has waived time from June 9, 2021 to July 28, 2021.

IT IS SO ORDERED.

Dated: <u>June 8, 2021</u>

IT IS SO ORDERED

Judge Donna M. Ryu

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge